IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL ROBERT RANDOLPH,      :
:
    Petitioner      :
:
v.      :      CIVIL NO. 4:CV-15-2041
:
BRENDA L. TRITT,      :      (Judge Brann)
:
    Respondent      :

## **ORDER**

October 27, 2015

In accordance with the Memorandum, filed separately as record document no. 4, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge